**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 95-7405**

————————

NATHANIEL PATTERSON,

                                     Plaintiff - Appellant,

     versus

COMMONWEALTH OF VIRGINIA; VIRGINIA DEPARTMENT
OF CORRECTIONS; RED, WHITE AND BLUE LABEL'S
WHEEL OF FORTUNE TELEVISION BROADCASTING COM-
PANY; RED, WHITE AND BLUE SWEEPSTAKES; WHEEL
OF FORTUNE,

                                   Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, District
Judge. (CA-95-750-AM)

————————

Submitted: December 12, 1995     Decided: January 11, 1996

————————

Before HALL and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Nathaniel Patterson, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Patterson v. Virginia, No. CA-95-750-AM (E.D. Va. July 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED